No. 700. F. P. OLCOTT ET AL., PETITIONERS, *v.* COLUMBUS CARTWRIGHT ET AL. June 1, 1903. Petition for a writ of cer-

OCTOBER TERM, 1902. 561

190 U. S. Cases Disposed of Without Consideration by the Court.

tiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Maxwell Evarts* and *Mr. T. D. Cobbs* for petitioners. *Mr. M. L. Crawford* and *Mr. Edwin St. Clair Thompson* for respondents.